In the Matter of the Application of THE CORPORATION COUNSEL OF THE CITY OF NEW YORK for the Appointment of Commissioners of Estimate and Assessment to Ascertain and Determine the Compensation Which Should Justly Be Made to Certain Owners, Legally Entitled to Damages Caused by the Closing of a Portion of Old White Plains Road in Block 4595, in the Borough of the Bronx, City of New York. FRANK J. TAYLOR, Comptroller of the City of New York; ELIZABETH DOWNS and Others.—Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 618.] Motion for reargument denied. Settle order on notice. Present — Martin, P. J., McAvoy, Untermyer and Dore, JJ.

In the Matter of the Application of THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA for Relief under Section 1077-c of the Civil Practice Act, etc. HALSWORTH REALTIES, INC.—Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 611.] Settle order on notice. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.

JOSEPH P. McEVOY and EUGENIE McEVOY v. CENTRAL HANOVER BANK AND TRUST COMPANY, Trustee, etc.—Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 606; Id. p. 716.] Settle order on notice. Present — Martin, P. J., O'Malley, Townley,Untermyer and Dore, JJ.

MARGARET W. DONALD v. THE CITY OF NEW YORK and CHARLES BUCKLEY and ÆTNA CASUALTY AND SURETY COMPANY and Others.—Motion for leave to appeal to the Court of Appeals granted. [See 248 App. Div. 860.] Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

IRVING TRUST COMPANY v. BENANN HOLDING CORPORATION and Others.— Motion for leave to appeal to the Court of Appeals denied, and motion for reargument granted, and said reargument having been had, the order of this court entered November 6, 1936 [*ante*, p. 601], is vacated and the matter remitted to the referee for further consideration in accordance with the rule laid down in *Heiman v. Bishop* (272 N. Y. 83), decided by the Court of Appeals on November 24, 1936. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

JOHN SHANNON v. IRVING TRUST COMPANY, as Trustee, etc., and Others.— Motion for leave to appeal to the Court of Appeals granted. [See 246 App. Div. 280.] Motion for reargument denied. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of WILFRID S. DOWLING for the Appointment of a Referee in the Matter of His Petition against EUGENE L. GAREY and Another. — Reference ordered. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.

In the Matter of MORRIS GROSSFIELD, JR., an Attorney.— Reference ordered. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

## (December 24, 1936.)

JOHN W. LANGS, Respondent, v. THE CUNARD STEAMSHIP COMPANY, LTD., Defendant, Appellant, and THOMAS E. MATTSON, Defendant-Impleaded, Appellant.— Judgment unanimously reversed and a new trial ordered, with costs to the appellants to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $2,699.75; in which event the judgment, as so modified, is affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.